RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 12/27/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| EDDIE MILTON GAREY, JR. | CIVIL ACTION NO. 11-914; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| WARDEN SHERROD, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Petitioner's §2241 petition be **DENIED AND DISMISSED** with prejudice.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 27th day of December, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE